## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __MMM__   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Wanda Newman                                    Case No.: 15-13413-BKC-EPK
Last Four Digits of SS# -0086

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $1,156.06   for months  1  to  36 ;
- B.  $595.40     for months  37 to  60 ;
- C.  $           for months     to     ; in order to pay the following creditors:

Administrative: Attorney's Fee - $8,325.00 ($3,650 + $2,600 MMM + $2,075 MTVs/lien avoid)  TOTAL PAID $500.00
Balance Due  $7,825.00   payable $300.96  /month (Months 1 to 26)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

*1. Bank of America, NA/Federal National Mortgage Assoc.   Proposed MMM Payment $750.00   /month (Months 1 to 36)*
*Account No: 602 Helicon Terr, Sebastian, FL 32958 acct...3655*

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America, NA and/or Federal National Mortgage Association  acct...2328 | 602 Helicon Terrace, Sebastian, FL 32958  $133,000.00 | NA % | $N/A | NA To NA | $NA |
| Portfolio Recovery Associates, LLC | 602 Helicon Terrace, Sebastian, FL 32958  $133,000.00 | NA % | $N/A | NA To NA | $NA |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $ _____
                Payable  $ _____ /month (Months ___ to ___)

Unsecured Creditors: Pay $300.96   /month (Months 27 to 36 )
                        $541.27   /month (Months 37 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Eagle Trace at Vero Beach HOA, Inc., Indian River County Tax Collector(re: 6195 57th Ct., Vero Beach, FL), Embassy Loans, Inc(acct...4661), TMX Finance of Florida, Inc(acct...3240), M & M Private Lending Group, LLC, and Sebastian Property Owners Association to be paid directly. Indian River County Tax Collector(Re:602 Helicon Terrace, Sebastian, FL 32958) to be paid directly through above MMM payment. Bank of America, NA(acct...3655) to be paid directly beginning in month 37.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X /s/ Wanda Newman
Debtor
Date: 3/24/15

LF-31 (rev. 01/08/10)